UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60660-CIV-DIMITROULEAS/ROSENBAUM

THOMAS E. BERG, JR.,

      Plaintiff,

v.

MERCHANTS ASSOCIATION COLLECTION
DIVISION, INC., d/b/a MAF Collection Services,

      Defendant.
_____/

## ORDER

This matter comes before the Court upon Defendant's Motion to Compel Disclosure Under Rule 26 and Motion for Sanctions Under Rule 37 [D.E. 28]. In view of Defendant's Notice of Withdrawal of Motion to Compel Disclosure and for Appropriate Sanctions [D.E. 33], which states that the parties have resolved the issue that constituted the subject of Defendant's Motion to Compel Disclosure and Motion for Sanctions [D.E. 28], it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion to Compel Disclosure Under Rule 26 and Motion for Sanctions Under Rule 37 [D.E. 28] is **DENIED AS MOOT**.

**DONE AND ORDERED** this 31st day of December, 2008.

                                                        ROBIN S. ROSENBAUM
                                                        UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William P. Dimitrouleas
        Counsel of Record